**Danny L. Hitt, Jr., OSB #833818**
Email dhitt@hittandhiller.com
Hitt Hiller Monfils Williams LLP
411 S. W. 2nd Avenue, Suite 400
Portland, Oregon 97204
Telephone 503.228.8870
Facsimile 503.228.4250

    Attorneys for Plaintiff
    Marc Saunders dba
    MSC Development Group

**Román D. Hernández, OSB #011730**
Email rhernandez@schwabe.com
**Sharon E. Rye, OSB #084615**
Email srye@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1900 Pacwest Center
1211 SW 5th Avenue
Portland, Oregon 97204
Telephone 503.222.9981
Facsimile 503.796.2900

    Attorneys for Defendant,
    Verizon Northwest, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARC SAUNDERS dba MSC DEVELOPMENT GROUP,**<br><br>                      Plaintiff,<br>vs.<br><br>**VERIZON NORTHWEST, INC.,**<br><br>                      Defendant. | No. 3:11-CV-00256 BR<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Based upon the stipulation of the parties, this case is hereby dismissed with prejudice and without costs or fees to any party.

Dated this 23rd day of January 2012.

*[signature]*
The Honorable Anna J. Brown

It is so stipulated:

HITT HILLER MONFILS WILLIAMS

By:/s/ *Danny L. Hitt, Jr.*
Danny L. Hitt, Jr., OSB #83381
Telephone 503-228-4250
Attorneys for Plaintiff
Marc Saunders dba MSC
Development Group

Schwabe, Williamson & Wyatt, P.C.

By:/s/ *Sharon E. Rye.*
Román D. Hernández, OSB #011730
Sharon E. Rye, OSB #084615
Telephone 503.222.9981
Attorneys for Defendant,
Verizon Northwest, Inc.

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE